C. BERENDA WEINBERG CLINIC AND RESEARCH LABORATORIES, INCORPORATED, respondent,

*v.*

C. BERENDA WEINBERG et al., appellant.

[Submitted October term, 1930.   Decided April 17th, 1931.]

*Mr. William Charlton,* for the defendants C. Berenda Weinberg and Sadie Weinberg.

*Messrs. Bourgeois & Coulomb* and *Mr. Morris Bloom,* for the defendant Morris Berenstein.

*Messrs. Bolte & Tripician,* for the defendants National Savings and Trust Company.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   13.

*For reversal*—None.